# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re:*<br><br>*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced In the Report of Special Counsel Robert S. Mueller III* | Misc. Action No. 19-mc-00045 (BAH) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Applicant Reporters Committee for Freedom of the Press.

Dated: April 1, 2019

    */s/ Katie Townsend*
KATIE TOWNSEND
D.C. Bar No. 1026115
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
ktownsend@rcfp.org
Phone: 202.795.9300
Facsimile: 202.795.9310

*Counsel for Reporters Committee for Freedom of the Press*

1