# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re:*<br><br>*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced In the Report of Special Counsel Robert S. Mueller III,* | Miscellaneous Action No. 1:19-mc-00045 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Theodore J. Boutrous, Jr. of Gibson, Dunn & Crutcher LLP (the "Movant") hereby moves this Court, pursuant to Local Rule 83.2(d), for entry of an order permitting Theane Evangelis to appear *pro hac vice* before this Court in the above-captioned matter as an additional counsel of record for Reporters Committee for Freedom of the Press. In support of this motion, the Movant attaches the Declaration of Theane Evangelis as Exhibit A.

Undersigned counsel respectfully requests that the Court grant this motion and enter an Order for admission of Theane Evangelis *pro hac vice* in the above-captioned case. A proposed order is attached.

Dated: April 1, 2019

Respectfully submitted,

/s Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.,
Los Angeles, California 90071
Tel: (213) 229-7804
tboutrous@gibsondunn.com

*Counsel for Applicant*
*Reporters Committee for Freedom of the Press*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

*In re:*

*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced In the Report of Special Counsel Robert S. Mueller III,*

Miscellaneous Action No. 1:19-mc-00045

## DECLARATION IN SUPPORT OF MOTION FOR ADMISSION
## *PRO HAC VICE* OF THEANE EVANGELIS

I, Theane Evangelis, declare and state as follows:

1. My full name is Theane Evangelis.

2. I am an attorney at the law firm Gibson, Dunn & Crutcher LLP. My office is located at 333 South Grand Avenue, Los Angles, California 90071. My office telephone number is 213.229.7726.

3. I am a member in good standing of the Bar of the State of California, as well as the Supreme Court of the United States; the U.S. Courts of Appeals for the Third, Fourth, Sixth, Seventh, Ninth, Tenth, and Eleventh Circuits; and the U.S. District Courts for the Central District of California; Southern District of California; Northern District of California; and Eastern District of California.

4. I have not been disciplined by any bar, and there are no disciplinary proceedings pending against me in any jurisdiction.

5. In the past two years, I have not been admitted *pro hac vice* to practice before this

Court.

      6. I do not engage in practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2019 in Los Angeles, California.

_____
Theane Evangelis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re:*

*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced In the Report of Special Counsel Robert S. Mueller III,*

Miscellaneous Action No. 1:19-mc-00045

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Theane Evangelis, it is, on this _____ day of _____, 2019, hereby **ORDERED** that the Motion for Admission *pro hac vice* is **GRANTED**, and that Theane Evangelis be, and that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above captioned case.

SO **ORDERED** this _____ day of _____, 2019.

_____
Beryl A. Howell
Chief Judge