**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| *In re:*<br><br>*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced In the Report of Special Counsel Robert S. Mueller III,* | Miscellaneous Action No. 1:19-mc-00045 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Theodore J. Boutrous, Jr. of Gibson, Dunn & Crutcher LLP (the "Movant") hereby moves this Court, pursuant to Local Rule 83.2(d), for entry of an order permitting Lee R. Crain to appear *pro hac vice* before this Court in the above-captioned matter as an additional counsel of record for Reporters Committee for Freedom of the Press. In support of this motion, the Movant attaches the Declaration of Lee R. Crain as Exhibit A.

Undersigned counsel respectfully requests that the Court grant this motion and enter an Order for admission of Lee R. Crain *pro hac vice* in the above-captioned case. A proposed order is attached.

Dated: April 1, 2019

Respectfully submitted,

 /s Theodore J. Boutrous, Jr.
Theodore J. Boutrous, Jr., (D.C. Bar No. 420440)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.,
Los Angeles, California 90071
Tel: (213) 229-7804
tboutrous@gibsondunn.com

*Counsel for Applicant*
*Reporters Committee for Freedom of the Press*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re:*

*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced In the Report of Special Counsel Robert S. Mueller III,*

Miscellaneous Action No. 1:19-mc-00045

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION**
***PRO HAC VICE* OF LEE R. CRAIN**

I, Lee R. Crain, declare and state as follows:

1. My full name is Lee Ross Crain.

2. I am an attorney at the law firm Gibson, Dunn & Crutcher LLP. My office is located at 200 Park Avenue, New York City, New York 10166. My office telephone number is (212) 351-2454.

3. I am a member in good standing of the Bar of the State of New York as well as the bars of the United States Courts of Appeal of the Second, Ninth, and District of Columbia Circuits and the United States District Courts of the Southern and Eastern Districts of New York..

3. I have not been disciplined by any bar, and there are no disciplinary proceedings pending against me in any jurisdiction.

4. In the past two years, I have not been admitted *pro hac vice* to practice before this Court.

5. I do not engage in practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2019 in New York City, New York.

_____
Lee R. Crain

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| *In re:*<br><br>*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced In the Report of Special Counsel Robert S. Mueller III,* | Miscellaneous Action No. 1:19-mc-00045 |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *pro hac vice* of Lee R. Crain, it is, on this _____ day of _____, 2019, hereby **ORDERED** that the Motion for Admission *pro hac vice* is **GRANTED**, and that Lee R. Crain be, and that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above captioned case.

SO **ORDERED** this _____ day of _____, 2019.

_____
Beryl A. Howell
Chief Judge