UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPLICATION FOR AN ORDER AUTHORIZING THE RELEASE OF GRAND JURY MATERIAL CITED, QUOTED, OR REFERENCED IN THE REPORT OF SPECIAL COUNSEL ROBERT S. MUELLER III | : : : : : : : : | Case No. 19-MC-00045 (BAH) |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Jonathan Kravis, at telephone number 202-252-6886, hereby informs the Court that he is entering his appearance as counsel in this matter on behalf of the United States.

        Respectfully submitted,

        JESSIE K. LIU
        United States Attorney
        D.C. Bar No. 472845

BY:    /s/ *Jonathan Kravis*
        JONATHAN KRAVIS
        Assistant United States Attorney
        D.C. Bar No. 973780
        U.S. Attorney's Office
        555 4th Street, NW
        Washington, D.C. 20530
        (202) 252-6886
        jonathan.kravis3@usdoj.gov