IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re:*<br><br>*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced In the Report of Special Counsel Robert S. Mueller III,* | Case: 1:19-mc-00045<br>Chief Judge Beryl A. Howell |

## Certificate of Service

I hereby certify that on April 1, 2019, I caused a copy of the Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced in the Report of Special Counsel Robert S. Mueller, dated April 1, 2019; the Declaration of Amir C. Tayrani in support of the Application, dated April 1, 2019; the Appearance of Counsel papers for Theodore J. Boutrous, Jr. and Amir C. Tayrani, dated April 1, 2019; and a Proposed Order, to be served on the United States Attorney's Office and the Special Counsel's Office by electronic mail based on consent from Assistant United States Attorney Zia M. Faruqui, and by certified mail to:

William Barr
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dated: April 2, 2019

Respectfully submitted,

/s/ Lee R. Crain

Lee R. Crain (*pro hac vice pending*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York City, New York
Tel: (212) 351-2454
lcrain@gibsondunn.com

*Counsel for Applicant*
*Reporters Committee for Freedom of the Press*