# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: APPLICATION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR AN ORDER AUTHORIZING THE RELEASE OF GRAND JURY MATERIAL CITED, QUOTED, OR REFERENCED IN THE REPORT OF SPECIAL COUNSEL ROBERT S. MUELLER III | Misc. No. 19-045 (BAH) |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth J. Shapiro, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel for Defendant in the above-captioned matter.

Dated: April 3, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
(DC. Bar No. 418925)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Phone: (202) 514-5302
Fax: (202) 616-8470
Email: Elizabeth.Shapiro@usdoj.gov

*Counsel for Defendant*