IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re:*<br><br>*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced In the Report of Special Counsel Robert S. Mueller III* | Case: 1:19-mc-00045<br>Chief Judge Beryl A. Howell |

## JOINT MOTION TO STAY

Pursuant to the Court's Minute Order dated April 1, 2019, counsel for the government and the Reporters Committee for Freedom of the Press (the "Reporters Committee") have met and conferred regarding a proposed briefing schedule. The parties jointly agreed to and hereby do move the Court to stay the entry of a briefing schedule on the Reporters Committee's Application for 30 days, subject to requests to renew the stay further, in light of the anticipated release of the redacted Special Counsel's Report and any filing of a petition for rehearing or rehearing *en banc* in *McKeever v. Barr*, No. 17-5149 (D.C. Cir. 2018), events that will inform the legal and factual circumstances of this proceeding.

The parties respectfully reserve the right to request that this Court lift the stay at any time and to propose a briefing schedule.

Dated:  April 9, 2019

Respectfully submitted,

| | |
|---|---|
| /s/ Elizabeth J. Shapiro<br>ELIZABETH J. SHAPIRO<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20530<br>(202) 514-5302<br>Fax: (202) 616-8470<br>Email: Elizabeth.Shapiro@usdoj.gov<br><br>JONATHAN IAN KRAVIS<br>U.S. ATTORNEY'S OFFICE FOR THE<br>DISTRICT OF COLUMBIA<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 252-6886<br>Email: jonathan.kravis3@usdoj.gov | /s/ Theodore J. Boutrous<br>THEODORE J. BOUTROUS<br>DC Bar No. 420440<br>THEANE EVANGELIS (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197<br>(213) 229.7000<br>tboutrous@gibsondunn.com<br><br>AMIR C. TAYRANI<br>DC Bar No. 490994<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>(202) 955.8500<br>atayrani@gibsondunn.com<br><br>LEE R. CRAIN (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York City, New York<br>(212) 351.2454<br>lcrain@gibsondunn.com<br><br>BRUCE D. BROWN<br>D.C. Bar No. 457317<br>KATIE TOWNSEND<br>D.C. Bar No. 1026115<br>THE REPORTERS COMMITTEE FOR<br>FREEDOM OF THE PRESS<br>1156 15th St. NW, Suite 1020<br>Washington, D.C. 20005<br>Phone: 202.795.9300<br>Facsimile: 202.795.9310<br>bbrown@rcfp.org<br>ktownsend@rcfp.org<br><br>*Counsel for Applicant the Reporters*<br>*Committee for Freedom of the Press* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| *In re:*<br><br>*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced In the Report of Special Counsel Robert S. Mueller III* | Case: 1:19-mc-00045 |

**[PROPOSED] ORDER**

On consideration of the parties' Joint Motion to Stay, it is HEREBY:

**ORDERED** that the Joint Motion to Stay is GRANTED; and it is further

**ORDERED** that the entry of a briefing schedule on the Reporters Committee for Freedom of the Press's Application is stayed for 30 days, subject to requests to renew the stay further, in light of the anticipated release of the redacted Special Counsel's Report and any filing of a petition for rehearing or rehearing *en banc* in *McKeever v. Barr*, No. 17-5149 (D.C. Cir. 2018).

**SO ORDERED** on this _____ day of _____, 20____.

_____