IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re:*<br><br>*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced In the Report of Special Counsel Robert S. Mueller III* | Case: 1:19-mc-00045<br>Chief Judge Beryl A. Howell |

## JOINT MOTION TO STAY

Pursuant to the Court's Minute Order dated April 10, 2019, counsel for the government and the Reporters Committee for Freedom of the Press (the "Reporters Committee") have conferred and jointly move the Court to extend the stay of the entry of a briefing schedule on the Reporters Committee's Application for 30 days, subject to requests to renew the stay further, in light of the petition for rehearing en banc filed on May 9, 2019 in *McKeever v. Barr*, No. 17-5149 (D.C. Cir. 2018).

The parties respectfully reserve the right to request that this Court lift the stay at any time and to propose a briefing schedule.

Dated: May 13, 2019

Respectfully submitted,

<table>
<tr><td>

  /s/ Elizabeth J. Shapiro  
ELIZABETH J. SHAPIRO  
U.S. DEPARTMENT OF JUSTICE  
Civil Division, Federal Programs Branch  
1100 L Street, NW  
Washington, DC 20530  
(202) 514-5302  
Fax: (202) 616-8470  
Email: Elizabeth.Shapiro@usdoj.gov  

JONATHAN IAN KRAVIS  
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA  
555 Fourth Street, NW  
Washington, DC 20530  
(202) 252-6886  
Email: jonathan.kravis3@usdoj.gov

</td><td>

  /s/ Theodore J. Boutrous  
THEODORE J. BOUTROUS  
DC Bar No. 420440  
THEANE EVANGELIS (*pro hac vice*)  
GIBSON, DUNN & CRUTCHER LLP  
333 South Grand Avenue  
Los Angeles, California 90071-3197  
(213) 229.7000  
tboutrous@gibsondunn.com  

AMIR C. TAYRANI  
DC Bar No. 490994  
GIBSON, DUNN & CRUTCHER LLP  
1050 Connecticut Avenue, N.W.  
Washington, D.C. 20036-5306  
(202) 955.8500  
atayrani@gibsondunn.com  

LEE R. CRAIN (*pro hac vice*)  
GIBSON, DUNN & CRUTCHER LLP  
200 Park Avenue  
New York City, New York  
(212) 351.2454  
lcrain@gibsondunn.com  

BRUCE D. BROWN  
D.C. Bar No. 457317  
KATIE TOWNSEND  
D.C. Bar No. 1026115  
THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS  
1156 15th St. NW, Suite 1020  
Washington, D.C. 20005  
Phone: 202.795.9300  
Facsimile: 202.795.9310  
bbrown@rcfp.org  
ktownsend@rcfp.org  

*Counsel for Applicant the Reporters Committee for Freedom of the Press*

</td></tr>
</table>

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| *In re:*<br><br>*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced In the Report of Special Counsel Robert S. Mueller III* | Case: 1:19-mc-00045 |

**[PROPOSED] ORDER**

On consideration of the parties' Joint Motion to Stay, it is HEREBY:

**ORDERED** that the Joint Motion to Stay is GRANTED; and it is further

**ORDERED** that the entry of a briefing schedule on the Reporters Committee for Freedom of the Press's Application is stayed for 30 days, subject to requests to renew the stay further, in light of the petition for rehearing en banc filed on May 9, 2019 in *McKeever v. Barr*, No. 17-5149 (D.C. Cir. 2018).

**SO ORDERED** on this _____ day of _____, 20____.

_____