**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

*In re:*

*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced In the Report of Special Counsel Robert S. Mueller III*

Case: 1:19-mc-00045
Chief Judge Beryl A. Howell

## JOINT MOTION TO EXTEND STAY

Pursuant to the Court's Minute Order dated May 13, 2019, counsel for the government and the Reporters Committee for Freedom of the Press (the "Reporters Committee") have conferred and jointly move the Court to extend the stay of the entry of a briefing schedule on the Reporters Committee's Application for 60 days, subject to requests to renew the stay further, in light of the pending petition for rehearing *en banc* in *McKeever v. Barr*, No. 17-5149 (D.C. Cir. 2018).

The parties respectfully reserve the right to request that this Court lift the stay at any time and to propose a briefing schedule.

Dated:  June 12, 2019

Respectfully submitted,

| | |
|---|---|
| /s/ Elizabeth J. Shapiro<br>ELIZABETH J. SHAPIRO<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20530<br>(202) 514-5302<br>Fax: (202) 616-8470<br>Email: Elizabeth.Shapiro@usdoj.gov<br><br>JONATHAN IAN KRAVIS<br>U.S. ATTORNEY'S OFFICE FOR THE<br>DISTRICT OF COLUMBIA<br>555 Fourth Street, NW<br>Washington, DC 20530<br>(202) 252-6886<br>Email: jonathan.kravis3@usdoj.gov | /s/ Theodore J. Boutrous<br>THEODORE J. BOUTROUS<br>DC Bar No. 420440<br>THEANE EVANGELIS (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197<br>(213) 229.7000<br>tboutrous@gibsondunn.com<br><br>AMIR C. TAYRANI<br>DC Bar No. 490994<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>(202) 955.8500<br>atayrani@gibsondunn.com<br><br>LEE R. CRAIN (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York City, New York<br>(212) 351.2454<br>lcrain@gibsondunn.com<br><br>BRUCE D. BROWN<br>D.C. Bar No. 457317<br>KATIE TOWNSEND<br>D.C. Bar No. 1026115<br>THE REPORTERS COMMITTEE FOR<br>FREEDOM OF THE PRESS<br>1156 15th St. NW, Suite 1020<br>Washington, D.C. 20005<br>Phone: 202.795.9300<br>Facsimile: 202.795.9310<br>bbrown@rcfp.org<br>ktownsend@rcfp.org<br><br>*Counsel for Applicant the Reporters*<br>*Committee for Freedom of the Press* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| *In re:*<br><br>*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced In the Report of Special Counsel Robert S. Mueller III* | Case: 1:19-mc-00045 |

**[PROPOSED] ORDER**

On consideration of the parties' Joint Motion to Extend Stay, it is HEREBY:

**ORDERED** that the Joint Motion to Extend Stay is GRANTED; and it is further

**ORDERED** that the entry of a briefing schedule on the Reporters Committee for Freedom of the Press's Application is stayed for 60 days, subject to requests to renew the stay further.

**SO ORDERED** on this _____ day of _____, 20____.

_____