THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: APPLICATION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR AN ORDER AUTHORIZING THE RELEASE OF GRAND JURY MATERIAL CITED, QUOTED, OR REFERENCED IN THE REPORT OF SPECIAL COUNSEL ROBERT S. MUELLER III | Misc. No. 19-045 (BAH) |

## GOVERNMENT'S MOTION TO DISMISS OR DENY THE APPLICATION WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the government hereby moves to dismiss or deny the above-captioned application for disclosure of grand jury information.[1] The reasons supporting this motion are set forth in the accompanying memorandum of law.

Dated: August 12, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
(DC. Bar No. 418925)
Civil Division, U. S. Dept. of Justice
JONATHAN I. KRAVIS
Assistant United States Attorney
Washington, DC 20530
Phone: (202) 514-5302
Email: elizabeth.shapiro@usdoj.gov

---

[1] The Local Rules do not address whether the Civil Rules of Federal Procedure apply to cases docketed as miscellaneous matters. For practical purposes, this motion serves as the government's response to the application at issue, and the Court may in its discretion either dismiss the matter under Fed. R. Civ. P. 12 or simply deny the application and thereby close the case.