IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re:*

*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced in the Report of Special Counsel Robert S. Mueller III*

Case: 1:19-mc-00045
Chief Judge Beryl A. Howell

**CONSENTED TO MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO GOVERNMENT'S MOTION TO DISMISS OR DENY**

Pursuant to Federal Rule of Civil Procedure 6(1)(A), the Reporters Committee for Freedom of the Press, applicant in the above-captioned matter, moves to extend the time within which to file its opposition to the Department of Justice's motion to dismiss or deny the application in the above-captioned matter, from August 26, 2019 to August 29, 2019, to facilitate scheduling and the demands of Applicant's and counsel's case load.  The government has advised that it consents to this request.[1]

---

[1] Applicant originally requested a 9-day courtesy extension but the government was only willing to consent to a 3-day extension.

Dated:  August 22, 2019

Respectfully submitted,

/s/ THEODORE J. BOUTROUS
THEODORE J. BOUTROUS
DC Bar No. 420440
THEANE EVANGELIS (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
(213) 229.7000
tboutrous@gibsondunn.com

AMIR C. TAYRANI
DC Bar No. 490994
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955.8500
atayrani@gibsondunn.com

LEE R. CRAIN (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York City, New York
(212) 351.2454
lcrain@gibsondunn.com

BRUCE D. BROWN
D.C. Bar No. 457317
KATIE TOWNSEND
D.C. Bar No. 1026115
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
bbrown@rcfp.org
ktownsend@rcfp.org

*Counsel for Applicant the Reporters Committee for Freedom of the Press*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*In re:*

*Application of the Reporters Committee for Freedom of the Press for an Order Authorizing the Release of Grand Jury Material Cited, Quoted, or Referenced in the Report of Special Counsel Robert S. Mueller III*

Case: 1:19-mc-00045
Chief Judge Beryl A. Howell

**[PROPOSED] ORDER**

The consented to motion for an extension of time is hereby **GRANTED**. The Reporters Committee for Freedom of the Press is directed to respond to the government's cross-motion to dismiss or deny the application by August 29, 2019.

**SO ORDERED** this _____ day of _____, 2019.

_____
Beryl A. Howell
United States District Judge

Dated: